**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00238-CV

### RAUL H. LOYA, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03536**

## ORDER

Before the Court is appellant's opposed third motion seeking a thirty-day extension of time to file his brief. In this Court's order dated June 6, 2014, we granted appellant's second motion for an extension but cautioned him that no further extension of time would be granted absent extraordinary circumstances. Appellant states he needs an extension because he is busy preparing for a trial set to begin on the date his brief is currently due.

We **DENY** appellant's motion. On the Court's own motion, we **ORDER** appellant to file his brief **on or before JULY 17, 2014**. We caution appellant that if he fails to file his brief by **July 17, 2014**, the Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     ADA BROWN
       JUSTICE